No. 95–9453.  GIBSON v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied. ■

No. 95–9454.  GARCIA v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 95–9455.  HILL v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 95–9456.  GORDON v. COLORADO.  Sup. Ct. Colo.  Certiorari denied.

No. 95–9457.  HARPER v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 95–9458.  DAHLER v. MEYER ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 95–9459.  HANBERRY ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–9460.  WILLIAMS v. HOFBAUER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 95–9462.  MONTGOMERY, AKA ZULU X, AKA HOWARD v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 95–9464.  IMPOLA v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 95–9465.  CHEREN v. FITCH.  Ct. App. Ohio, Summit County.  Certiorari denied.

No. 95–9466.  WALTERS v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 95–9467.  CLARKE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–9468.  COTTON v. DORSEY, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.